NO. 1122316

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 8TH JUDICIAL DISTRICT |
| | § | |
| MICHAEL DEAN RAGLIN | § | HOPKINS COUNTY, TEXAS |

FILED
2015 OCT -9 PM 3: 00

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2015 11:47:24 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Michael Dean Raglin, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Michael Dean Raglin.

Respectfully submitted,

LAW OFFICE OF JONATHAN A. NEWSOM
216 Davis Street North
SULPHUR SPRINGS, TX 75482
Tel: (903) 951-1851
Fax: (903) 951-1852

By: _____
Jonathan A. Newsom
State Bar No. 24081067
jonathan@newsomlaw.net
Attorney for Michael Dean Raglin

## CERTIFICATE OF SERVICE

This is to certify that on October 9, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, 110 Main Street, Sulphur Springs, Texas 75482, by hand delivery.

_____
Jonathan A. Newsom

NO. 1122316

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 8TH JUDICIAL DISTRICT |
| | § | |
| MICHAEL DEAN RAGLIN | § | HOPKINS COUNTY, TEXAS |

FILED
2015 OCT -9 PM 3: 00
CHERYL FULCHER
DISTRICT
HOPKINS COUNTY, TEXAS

## MOTION TO WITHDRAW

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Jonathan A. Newsom, Movant and attorney of record for Defendant, Michael Dean Raglin, brings this Motion to Withdraw as counsel and in support thereof shows:

1.    Movant was appointed by the Court to represent Defendant in the trial of this cause.

2.    Defendant, Michael Dean Raglin, Suspended Sentence was revoked and was sentenced to 10 years on September 22, 2015. Movant has advised Michael Dean Raglin of his right to appeal in this cause.

3.    The following deadlines and/or settings exist in this case:

a.    To file Notice of Appeal:  Filed on October 9, 2015.

b.    To file a Motion for New Trial:  October 22, 2015.

4.    Movant and Defendant request the Court appoint an attorney to represent Defendant in his appeal in this case, because he is indigent and cannot afford to employ counsel. Defendant's Affidavit of Indigence is already on file with the papers in this cause and there has been no change in his financial ability to hire an attorney to represent him in this case.

5.    Movant has advised Defendant of his right to file a motion for new trial and a notice of appeal; that Movant will assist in requesting prompt appointment of replacement counsel if Defendant wishes to file a motion for new trial and/or a notice of appeal; and, if

replacement counsel is not appointed promptly and Defendant wishes to pursue an appeal, Movant will file a timely notice of appeal.

6.      A copy of this motion has been hand delivered to him by Movant.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court allow Jonathan A. Newsom to withdraw as counsel for Michael Dean Raglin and from any further representation of Michael Dean Raglin in this cause. Defendant and Movant further pray the Court appoint counsel to represent Defendant in the appeal of this case.

Respectfully submitted,

LAW OFFICE OF JONATHAN A. NEWSOM
216 Davis Street North
SULPHUR SPRINGS, TX 75482
Tel: (903) 951-1851
Fax: (903) 951-1852

By: _____
Jonathan A. Newsom
State Bar No. 24081067
jonathan@newsomlaw.net
Attorney for Michael Dean Raglin

## CERTIFICATE OF SERVICE

This is to certify that on October 9, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, 110 Main Street, Sulphur Springs, Texas 75482, by hand delivery.

_____
Jonathan A. Newsom

FILED

2015 OCT -9 PM 4: 25

CHERYL FULCHER
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

NO. 1122316

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | 8TH JUDICIAL DISTRICT |
| | § | |
| MICHAEL DEAN RAGLIN | § | HOPKINS COUNTY, TEXAS |

## O R D E R

On _____Oct. 9_____, 2015, came on to be considered Jonathan A. Newsom's Motion to

Withdraw, and said motion is hereby

(Granted) (Denied) _____

JUDGE PRESIDING